# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| JEROME REID | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 3:17-cv-03043-SEM-TSH |
| COMMONWEALTH EQUITY GROUP LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT, COMMONWEALTH EQUITY GROUP LLC d/b/a KEY CREDIT REPAIR

Date: 04/19/2017

*Attorney's signature*

Jordan E. Wilkow (6310490)
*Printed name and bar number*

Tabet DiVito & Rothstein LLC
209 South LaSalle Street, 7th Floor
Chicago, IL 60604

*Address*

jwilkow@tdrlawfirm.com
*E-mail address*

(312) 762-9450
*Telephone number*

(312) 762-9451
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| JEROME REID | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:17-cv-03043-SEM-TSH |
| COMMONWEALTH EQUITY GROUP LLC | ) | |
| *Defendant* | ) | |

## CERTIFICATE OF SERVICE

I certify that on  04/19/2017 , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

aradbil@gdrlawfirm.com ,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

_____.

*Attorney's signature*

Jordan E. Wilkow (6310490)
*Printed name and bar number*

Tabet DiVito & Rothstein LLC
209 South LaSalle Street, 7th Floor
Chicago, IL 60604
*Address*

jwilkow@tdrlawfirm.com
*E-mail address*

(312) 762-9450
*Telephone number*

(312) 762-9451
*Fax number*